IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COMMUNITY STATE BANK                                                                                           PLAINTIFF

v.                                       Case No. 4:18-cv-4078

MAXINE WILSON; CARRIE W.
WINDORD, ADMINISTRTRIX
FOR THE ESTATE OF JENNIFER
HARTING WILSON; and J. SCHUYLER
MARVIN, DISTRICT ATTORNEY                                                                                  DEFENDANTS

## ORDER

Before the Court is a Motion to Intervene filed by Gary Wilson. (ECF No. 10). Plaintiff Community State Bank has filed a response indicating that it does not oppose the motion. (ECF No. 12). No other party has responded and the time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

On May 9, 2018, Plaintiff commenced this interpleader action to resolve competing claims to funds currently held in its possession. Plaintiff seeks an order from the Court directing it to deposit $255,209.47 into the Court's registry and releasing Plaintiff from any liability related to the funds. On June 6, 2018, Gary Wilson filed the instant motion, seeking to intervene in this case as a matter of conditional right, pursuant to Federal Rule of Civil Procedure 24(a). Mr. Wilson states that he is the surviving spouse of Jennifer Harting Wilson and wishes to assert a claim to the funds at issue. On June 15, 2018, Plaintiff responded to the instant motion and indicated that it does not oppose the motion. No other party has responded to the motion.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Gary Wilson's motion (ECF No. 10) is hereby **GRANTED**. Mr. Wilson is hereby ordered to file his complaint in intervention **within seven (7) days of the date of entry of this Order**.

**IT IS SO ORDERED**, this 9th day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge