IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COMMUNITY STATE BANK                                                            PLAINTIFF


v.                                          Case No. 4:18-cv-4078


MAXINE WILSON; CARRIE W.
WINFORD, ADMINISTRATRIX
FOR THE ESTATE OF JENNIFER
HARTING WILSON; and J. SCHUYLER
MARVIN, DISTRICT ATTORNEY                                                      DEFENDANTS


GARY WILSON                                                                     INTERVENOR

## ORDER

Before the Court is Defendant J. Schuyler Marvin's Motion to Dismiss. (ECF No. 62).

Plaintiff Community State Bank filed a response. (ECF No. 65). Intervenor Gary Wilson also

filed a response. (ECF No. 66). Defendant Marvin filed a reply. (ECF No. 67). The Court finds

the matter ripe for consideration.

On February 12, 2019, Defendant moved for dismissal, arguing that the Court should

abstain from hearing this case. On March 12, 2019, Plaintiff filed an amended complaint. (ECF

No. 70). Plaintiff's original complaint (ECF No. 1) is now inoperative and superseded by the

amended complaint. Accordingly, the Court finds that Defendant Marvin's motion to dismiss

(ECF No. 62), which is directed to the original complaint, should be and hereby is **DENIED AS

MOOT**. Defendant Marvin may refile the motion, directed to the amended complaint.

**IT IS SO ORDERED**, this 12th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge