IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COMMUNITY STATE BANK                                        PLAINTIFF


v.                          Case No. 4:18-cv-4078


MAXINE WILSON; CARRIE W.
WINFORD, ADMINISTRATRIX
FOR THE ESTATE OF JENNIFER
HARTING WILSON; and J. SCHUYLER
MARVIN, DISTRICT ATTORNEY                                   DEFENDANTS


GARY WILSON                                                 INTERVENOR

## ORDER

The above-entitled cause having come before the Court upon the Motion of Plaintiff to deposit sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure, and the Court being fully advised in the premises,

IT IS SO ORDERED that the motion of Plaintiff to deposit sum of money with the Court be and it is hereby GRANTED.

IT IS FURTHER ORDERED that such sum, to-wit, $255,209.47, be deposited by the Clerk into the registry of this court, and then as soon as the business of his office allows, the Clerk shall deposit said sum into an interest-bearing instrument as follows:

NAME OF INSTITUTION:              Court Registry Investment System (CRIS)
LENGTH OF TERM OF INVESTMENT:     Indefinite
RATE OF INTEREST:                 Variable

Pursuant to 28 U.S.C. § 2045, the Clerk shall deposit said sum into the Court Registry Investment System (CRIS), an interest-bearing account administered by the Administrative Office of the United States Courts. Said funds shall remain so deposited or invested as indicated, at which time the funds, together with the interest thereon shall be reinvested by this institution in the same account or instrument for a like period of time unless advised by the Clerk that the funds shall be withdrawn for disposition pursuant to further order of this Court.

IT IS FURTHER ORDERED that Plaintiff serve a copy of this Order personally upon the Clerk of this Court or upon the financial deputy.

Dated: October 30, 2019.

                                    /s/ Susan O. Hickey
                                    Susan O. Hickey
                                    Chief United States District Judge